# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Clarence Lozoya,

           Plaintiff,

v.

City of Cloquet, County of Carlton,
Scott Beckman, an individual,
Carey Ferrell, an individual,
and Does 1-25, inclusive,

           Defendants.

Case No.  21-cv-990-ECT-LIB

**AFFIDAVIT OF
VICKI HRUBY IN
SUPPORT OF DEFENDANT
CARLTON COUNTY'S
MOTION TO DISMISS**

---

STATE OF MINNESOTA      )
                            ) SS
COUNTY OF WASHINGTON    )

    VICKI A. HRUBY, being first duly sworn on oath, states as follows:

1. I am one of the attorneys representing Defendant Carlton County in the above-entitled matter.

2. I make this Affidavit in support of Defendants' Motion to Dismiss.

3. That the following documents:[1]

- **Exhibit B** – ████████████████████████

- **Exhibit C** – ██████████████████

- **Exhibit D** - ████████████████████████████

- **Exhibit E** – ████████████████

---

[1] Exhibit A is intentionally left blank.

**REDACTED SEALED DATA PER COURT ORDER**

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_s/ Vicki A. Hruby_
Vicki A. Hruby

Subscribed and sworn to before me this

15th day of June, 2021.

_s/ Susan R. Koreltz_
Notary Public

My Commission Expires Jan. 31, 2025

2