## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Clarence Lozoya, | Case No: 21-CV-00990 (ECT/LIB) |
| Plaintiff, | |
| v | **STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |
| City of Cloquet, County of Carlton, Scott Beckman, an individual, Carey Ferrell, an individual, and Does 1-25, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN** the parties, through their respective undersigned counsel, that any and all of Plaintiff's claims against Defendant Scott Beckman, in either his individual or official capacity, be dismissed without prejudice.

Plaintiff specifically acknowledges this dismissal is voluntarily entered into and that no payment or separate consideration is being paid for entering into this dismissal. Plaintiff and Defendant Scott Beckman also agree that neither party is entitled to costs, disbursements, or attorney's fees (including attorney's fees pursuant to 42 U.S.C. § 1988).

**IT IS FURTHER STIPULATED** that, without further notice, a Judgment of Partial Dismissal without Prejudice of any and all of Plaintiff's claims against Defendant Scott Beckman, without costs or disbursements or attorney's fees may be entered herein.

Dated: July 14, 2021               By: *s/ Joseph A. Pull*
    Andrew D. Parker (#195042)
    Joseph A. Pull (#386968)
    PARKER DANIELS KIBORT LLC
    888 Colwell Building
    123 North Third Street
    Minneapolis, MN 55401
    Telephone: (612) 355-4100
    parker@parkerdk.com
    pull@parkerdk.com

    AND

    Kenneth N. Frucht (*Admitted pro hac vice*)
    GEONETTA & FRUCHT, LLP
    825 Washington Street, #220
    Oakland, CA 94607
    Telephone: (510) 250-2743
    kfrucht@gmail.com

    *Attorneys for Plaintiff Clarence Lozoya*


Dated: July 12, 2021               By: *s/ Jessica E. Schwie*
    Jessica E. Schwie (A.R. #296880)
    KENNEDY & GRAVEN, CHARTERED
    Fifth Street Towers
    150 South Fifth Street, Suite 700
    Minneapolis, MN  55402
    Telephone: (612) 337-9222
    jschwie@kennedy-graven.com

    *Attorneys for Defendants City of Cloquet and Carey Ferrell*

Dated: July 7, 2021              By: *s/ Vicki A. Hruby*
    Joseph E. Flynn (#165712)
    Vicki A. Hruby (#391163)
    JARDINE, LOGAN & O'BRIEN, PLLP
    8519 Eagle Point Boulevard, Suite 100
    Lake Elmo, MN 55042
    Telephone: (651) 290-6500
    jflynn@jlolaw.com
    vhruby@jlolaw.com

    *Attorneys for Defendant Carlton County*

Dated: July 16, 2021             By: *s/ Mark P. Hodkinson*
    Mark P. Hodkinson (#159189)
    HELEY, DUNCAN & MELANDER, PLLP
    8500 Normandale Lake Boulevard
    Suite 2110
    Minneapolis, MN 55437
    Telephone: (952) 841-0001
    mhodkinson@heleyduncan.com

    *Attorneys for Defendant Scott Beckman*