UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CLARENCE LOZOYA,<br><br>  Plaintiff,<br><br>v.<br><br>CITY of CLOQUET et al.,<br><br>  Defendants. | Case No. 0:21-cv-00990-ECT-LIB<br><br>**MOTION FOR LEAVE TO AMEND COMPLAINT** |

---

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff Clarence Lozoya moves this Court for an order granting leave to amend his Complaint by filing the proposed Amended Complaint filed herewith as Exhibit 1 to the Declaration of Andrew D. Parker. The reasons for this motion are set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Leave to Amend Complaint.

**PARKER DANIELS KIBORT LLC**

Date:  September 10, 2021

*/s/ Andrew D. Parker*
Andrew D. Parker (#195042)
Joseph A. Pull (#0386968)
888 Colwell Building
123 North Third Street
Minneapolis, MN  55401
(612) 355-4100
*parker@parkerdk.com*
*pull@parkerdk.com*

**GEONETTA & FRUCHT, LLP**

*/s/ Kenneth N. Frucht*
Kenneth N. Frucht
825 Washington Street, #220
Oakland, CA 94607
(510) 250-2743
*kfrucht@gmail.com*
(admitted *pro hac vice*)

**Attorneys for Plaintiff**