# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Clarence Lozoya, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Eric C. Tostrud |
| | U.S. District Judge |
| v. | |
| | Case No: 21-cv-990 ECT/LIB |
| City of Cloquet, et al., | Date: October 18, 2021 |
| | Court Reporter: Tim Willette |
| Defendants. | Courthouse: St. Paul |
| | Courtroom: Video |
| | Time Commenced: 11:00 a.m. |
| | Time Concluded: 11:53 a.m. |
| | Time in Court: 53 Minutes |

**APPEARANCES:**

Plaintiff: Andrew Parker and Joseph Pull, Parker Daniels Kibort LLC

Defendants: Joseph Flynn and Vicki Hruby, Jardine Logan & O'Brien PLLP
Jessica Schwie, Kennedy & Graven

**HEARING ON:**

MOTION to Dismiss/General filed by County of Carlson. [ECF No. 18]

MOTION to Dismiss/General filed by City of Cloquet, Carey Ferrell. [ECF No. 46]

**PROCEEDINGS:**

The motions were moved, argued and taken under advisement. Order to follow.

s/ R. Morton<br>
Courtroom Deputy